365 U.S. 466
 81 S.Ct. 712
 5 L.Ed.2d 704
 S. S. KRESGE CO., appellant,
v.
Stanley J. BOWERS, Tax Commissioner of Ohio.
 No. 534.
 Supreme Court of the United States
 February 27, 1961
 
 Carlton S. Dargusch and Carlton S. Dargusch, Jr., for appellant.
 Mark McElroy, Atty. Gen. of Ohio, Joseph D. Karam and Robert J. Kosydar, Asst. Attys. Gen., for appellee.
 PER CURIAM.
 
 
 1
 The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.